Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com

Victoria L. Orze (011413)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| John Hastings, | No. CV 09-936-PHX-JAT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| GC Services Limited Partnership, | |
| Defendant. | |

Defendant GC Services Limited Partnership hereby gives notice this matter has been settled between Plaintiff John Hastings and Defendant. The parties request the Court vacate all dates and deadlines set forth in its June 11, 2009 Order. A Stipulation for Dismissal will be filed with the Court upon its execution.

DATED this 19th day of June, 2009.

HINSHAW & CULBERTSON LLP

/s/ Victoria L. Orze
Victoria L. Orze
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of June, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| 1 | Marshall Meyers, Esq.<br>mmeyers@attorneysforconsumersnichols.com |
| 2 | Weisberg & Meyers, LLC<br>5025 North Central, Suite 602 |
| 3 | Phoenix, Arizona 85012<br>Attorneys for Plaintiffs |
| 4 | |
| 5 | By  /s/ Anne Lockwood |

23031287v1 898335 46121