Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com

Victoria L. Orze (011413)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| John Hastings,<br><br>  Plaintiff,<br><br>vs.<br><br>GC Services Limited Partnership,<br><br>  Defendant. | No. CV 09-936-PHX-JAT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through undersigned counsel, stipulate to the dismissal of this matter, on the merits, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 16th day of July, 2009.

WEISBERG & MEYERS, LLC

 /s/ Marshall Meyers
*with authority*
Marshall Meyers
Attorneys for Plaintiff

HINSHAW & CULBERTSON LLP

 /s/ Victoria L. Orze
Victoria L. Orze
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of July, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

23031617v1  898335  46121

1 Marshall Meyers, Esq.
mmeyers@attorneysforconsumersnichols.com
2 Weisberg & Meyers, LLC
5025 North Central, Suite 602
3 Phoenix, Arizona  85012
Attorneys for Plaintiffs
4
By     /s/ Anne Lockwood
5

23031617v1  898335  46121