UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Hastings, | ) | No. CV 09-936-PHX-JAT |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| GC Services Limited Partnership, | ) | |
| Defendant. | ) | |

The parties having filed a stipulation to dismiss this matter, on the merits, with prejudice (Docket # 13),

IT IS ORDERED dismissing this matter, on the merits, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 17th day of July, 2009.

James A. Teilborg
United States District Judge